# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**WILLOWBEND AT MARION LLC, et al.**                                              **PLAINTIFFS**

v.                          **CASE NO. 2:24-CV-00027-BSM**

**REBECCA ADELMAN, et al.**                                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the verdict returned by the jury on August 27, 2025, following three days of trial, judgment is entered in favor of all plaintiffs, and all plaintiffs are awarded damages against defendants in the amount of $800,000.

IT IS SO ORDERED this 29th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE